## STATE ex STRONG v COOK

Ohio Supreme Court

No. 23114.   Decided Dec 23, 1931

Marshall, CJ, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index**.